**Order entered June 2, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01284-CR

**CARNELL LEE GREEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F12-62651-Y**

## ORDER

On April 22, 2014, this Court ordered the Dallas County District Clerk to file the clerk's record in this appeal within thirty days. To date, we have not received the clerk's record.

Accordingly, we **ORDER** Gary Fitzsimmons, Dallas County District Clerk, to file the clerk's record in this appeal within **FIFTEEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Michael Snipes, Presiding Judge, Criminal District Court No. 7; Gary Fitzsimmons, Dallas County District Clerk; and to counsel for all parties.

/s/    DAVID EVANS
JUSTICE